```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814-2322
 4  Telephone:  (916) 554-2700
    Fax:  (916) 554-2900
 5  MICHAEL A. CABOTAJE
    Special Assistant U.S. Attorney
 6  333 Market Street, Suite 1500
    San Francisco, CA 94105
 7  Telephone:  (916) 977-8943
    Fax:  (415) 744-0134
 8
    Attorneys for Defendant
 9
                IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| MUI VOONG,<br><br>         Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>         Defendant. | CASE NO. 2:05-CV-01896-PAN (JFM)<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO<br>JULY 6, 2006 |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of June 6, 2006, by thirty-one days, to the new response date of July 6, 2006, and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly.  The extension is needed because of a scheduling conflict in the briefing schedule of Defendant's counsel due to

Stip.& Order Ext. Def.'s Time
2:05-01896                              **1**

the large number of cases which await briefing at the Social Security Administration's Office of the Regional Counsel, Region IX.

This is the first extension requested re Defendant's response to Plaintiff's motion for summary judgment.

The parties further stipulate that Plaintiff's counsel shall return a facsimile of this stipulation bearing his signature for retention by Defendant's counsel, and that Defendant shall e-file this stipulation pursuant to applicable local rules.

DATED: June 5, 2006        /s/ David M. Shore
                           DAVID M. SHORE
                           Attorney at Law

                           Attorney for Plaintiff

DATED: June 5, 2006        McGREGOR W. SCOTT
                           United States Attorney
                           BOBBIE J. MONTOYA
                           Assistant U.S. Attorney

                       By: /s/ Bobbie J. Montoya for
                           MICHAEL A. CABOTAJE
                           Special Assistant U.S. Attorney

                           Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED: June 14, 2006.

UNITED STATES MAGISTRATE JUDGE

/voong.eot

Stip.& Order Ext. Def.'s Time
2:05-01896

**2**